# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JERMAINE ANTWAN DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1194

_____

November 21, 2025

Appeal from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Blair Allen, Public Defender, and Karen M. Kinney, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.